

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF<br>v. | 8:25-mj-00138 |
| KEVIN MAURICIO BALLARDO-GARCIA,<br><br>DEFENDANT(S). | ORDER FOR TEMPORARY DETENTION<br><br>18 U.S.C. §3142(d) |

The Court finds that the above-named defendant:

X   is / was at the time of commission of a federal / state / local offense on release:

    ☐  pending trial for a felony
    ☐  pending imposition / execution of sentence
    ☐  pending appeal of sentence / conviction
    ☐  pending completion of sentence
    ☐  probation / parole for any offense
    X  is not a citizen/lawful permanent resident of the United States under Title 8 U.S.C. §1101(a)(20)

and  X  may flee
    ☐  pose a danger to a person or the community as follows:_____

IT IS ORDERED that upon the Government's Request, defendant be detained by the United States Marshal for no more than ten (10) court days under 18 U.S.C. § 3142(d).

IT IS FURTHER ORDERED that the U.S. Attorney notify the appropriate official at Immigration and Customs Enforcement ("ICE") of defendant's detention. If ICE fails or declines to take defendant into custody during the period of temporary detention, the issue of detention or release will be determined under 18 U.S.C. § 3142(a), (b), (c), (e), (f), (g), (h), (I), and (j).

IT IS FURTHER ORDERED a detention hearing will be held on March 6, 2025, at 10:00 a.m. Defendant and all counsel ordered to appear. Any ruling on the request for detention is subject to the temporary detention order set forth above.

DATED: February 25, 2025

U.S. MAGISTRATE JUDGE
JOHN D. EARLY

M-8 (6/98)    ORDER FOR TEMPORARY DETENTION - 18 U.S.C. §3142(d)